IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| RICHARD JAMES JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>HOSPITAL HOUSEKEEPING SYSTEMS (HHS), AND ENVIRONMENTAL SERVICES (EVS); PALESTINE REGIONAL MEDICAL CENTER, REGINA CHAMBERS, EXECUTIVE DIRECTOR, HHS/EVS; UNKNOWN NURSE, NURSE, PRMC; AND UNKNOWN UNKNOWN, HR ADMINISTRATOR, PRMC;<br><br>    Defendants. | § § § § § § § § § § § § § § § §   CIVIL ACTION NO. 6:22-CV-00198-JDK |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

On May 23, 2022, Plaintiff Richard James Johnson filed the instant action purporting to bring claims pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) Plaintiff also filed a motion to proceed *in forma pauperis*. (Doc. No. 5.) The court undertook an initial review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), and on July 11, 2022, issued an order directing Plaintiff to amend his complaint in this matter. (Doc. No. 6.) On August 11, 2022, Plaintiff filed an amended complaint. (Doc. No. 9.) On August 17, 2022, the court issued a subsequent order noting Plaintiff's failure to comply with the court's previous order in filing his amended complaint. (Doc. No. 10.) The court again outlined the deficiencies in the amended complaint and gave Plaintiff 30 additional days to comply with the court's orders. *Id.* The court warned that "[f]ailure to comply with this order will result in dismissal of this action." *Id.* More than 30 days have passed and Plaintiff has not complied

1

with the court's order. On September 12, 2022, the court's order that was sent to Plaintiff's listed mailing address was returned undeliverable. "A pro se litigant must provide the court with a physical address (i.e., a post office box is not acceptable) and is responsible for keeping the clerk advised in writing of his or her current physical address." Local R. CV-11(d). Plaintiff has not informed the court of his new address.

Having not received an amended complaint by the court-ordered deadline, and Plaintiff's mail being returned undeliverable with no new addressed provided to the court, the court **RECOMMENDS** that this action be **DISMISSED** without prejudice for failure to comply with a court order and failure to prosecute.

Within fourteen (14) days after receipt of the Magistrate Judge's Report, any party may serve and file written objections to the findings and recommendations contained in the Report. A party's failure to file written objections to the findings, conclusions and recommendations contained in this Report within fourteen (14) days after being served with a copy shall bar that party from *de novo* review by the district judge of those findings, conclusions and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United States Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

**So ORDERED and SIGNED this 21st day of September, 2022.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE